THE PEOPLE OF THE STATE OF NEW YORK ex rel.
NEW YORK STATE GAS AND ELECTRIC CORPORATION,
Respondent, *v.* JOHN F. GILCHRIST et al., Constituting
the State Tax Commission, Appellants.

*Tax — mortgage tax — mortgage given to secure issue of bonds — retirement of bonds and issue of new bonds in their stead secured by same mortgage — when additional tax improperly imposed.*

*Matter of N. Y. State Gas & Elec. Corpn.* v. *Gilchrist,* 209 App.
Div. 771, affirmed.

(Submitted January 21, 1925; decided February 25, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
July 29, 1924, which reversed a determination of the
State Tax Commission requiring the relator to pay an
additional mortgage recording tax. Relator executed and
recorded a mortgage covering certain real property as
security for an issue of bonds, and paid the recording
tax thereon. Thereafter it retired such bonds and issued
a new series in place thereof secured by the same mortgage. The question was whether an additional recording
tax on the amount of the new bond issue was legally
imposed.

*Carl Sherman,* Attorney-General (*Francis W. Cullen* of
counsel), for appellants.

*Frank Irvine* and *Garrett A. Brownback* for respondent.

Order affirmed, with costs, on opinion of KELLOGG, J.,
below.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE,
ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.

---

CHARLES MIDDLETON, Respondent, *v.* SARAH BOARDMAN,
Appellant.

*Appeal — examination before trial — questions of practice thereon within discretion of Supreme Court and not reviewable by Court of Appeals.*

*Middleton* v. *Boardman,* 210 App. Div. 467, 860, appeal dismissed.

(Submitted January 21, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial